UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| MARIO PATRICIO CHILIQUINGA YUMBILLO, <br><br> Plaintiff, <br><br> v. <br><br> DERRICK STAMPER, et al., <br><br> Defendants. | Civil No. 2:25-cv-00479-SDN |

## JUDGMENT

In accordance with the Order on Petition for Writ of Habeas Corpus entered by U.S. District Judge, Stacey D. Neumann on September 30, 2025, and the subsequent status report filed by Respondents on October 9, 2025;

JUDGMENT is hereby entered for the Petitioner, Mario Patricio Chiliquinga Yumbillo and against the Respondents.

ERIC M. STORMS
ACTING CLERK

Dated: October 23, 2025      By:   /s/ Meghan York
                                   Deputy Clerk